```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JORGE LOPEZ,                               :        18 Civ. 12201 (JGK) (RWL)
                        Plaintiff,         :
                                           :
        - against -                        :        ORDER
                                           :
NANCY BERRYHILL, Commissioner of           :
Social Security,                           :
                                           :
                        Defendant.         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 11, 2019, Plaintiff filed a motion for judgment on the pleadings. (Dkt. 21.) Defendant's opposition and cross-motion were due to be filed December 10, 2019. No such filing appears in the record. Accordingly, if Defendant intends to oppose the motion, it shall file its papers no later than January 20, 2020. Absent any opposition, the Court will proceed to recommend granting the motion. If the parties resolve the matter before January 20, 2020, they shall so inform the Court.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 11, 2020
       New York, New York

Copies transmitted this date to all counsel of record.

1