```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
────────────────────────────────────

JORGE LOPEZ,

                Plaintiff,          18cv12201 (JGK)

      - against -              ORDER

NANCY BERRYHILL,

                Defendant.

────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The Court has received and reviewed the Report and Recommendation of Magistrate Judge Lehrburger dated March 2, 2020. No objections have been filed and the time for filing objections has passed. In any event, the Court finds that the Report and Recommendation are well founded and should be adopted.

Therefore, the Commissioner's motion for judgment on the pleadings is granted and the plaintiff's motion for judgment on the pleadings is denied. The Clerk is directed to enter judgment in favor of the Commissioner and to close this case. The Clerk is also directed to close all pending motions.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **March 24, 2020**      /s/ John G. Koeltl
                                     **John G. Koeltl**
                              **United States District Judge**