# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

JORGE LOPEZ,

                         Plaintiff,               18 **CIVIL** 12201 (JGK)

        -against-                     **JUDGMENT**

NANCY BERRYHILL,

                         Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Order dated March 24, 2020, Magistrate Judge Lehrburger's Report and Recommendation dated March 2, 2020, is adopted, no objections have been filed and the time for filing objections has passed, therefore, the Commissioner's motion for judgment on the pleadings is granted and the plaintiff's motion for judgment on the pleadings is denied; judgment is entered in favor of the Commissioner and this case is closed.

**Dated:**  New York, New York
       March 25, 2020

                                  **RUBY J. KRAJICK**
                               _____
                                 **Clerk of Court**
**BY:**   _____
                                 **Deputy Clerk**